# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 94-cr-00210-LTB-01 |
| DEDRICK SHAWN CALDWELL ) | USM No: 25548-013 |
| ) | Raymond P. Moore, FPD |
| Date of Previous Judgment: December 8, 2000 ) | Defendant's Attorney |
| *(Use Date of Last Amended Judgment if Applicable)* ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  **X** the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
  **X** DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

## I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | | | |
|---|---|---|---|
| Previous Offense Level: | 34 | Amended Offense Level: | 34 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 262 to 327 months | Amended Guideline Range: | 262 to 327 months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other *(explain)*:

## III. ADDITIONAL COMMENTS


Except as provided above, all provisions of the judgment dated December 8, 2000, shall remain in effect.
**IT IS SO ORDERED**.

Order Date: February 9, 2012           s/Lewis T. Babcock
                                                       *Judge's signature*

Effective Date: _____           Lewis T. Babcock, Senior United States District Judge
        *(if different from order date)*           *Printed name and title*