**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 94-cr-00210-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. DEDRICK CALDWELL,

       Defendant.

---

**ORDER**

---

Upon Defendant's pro se Petition for Clarification and Reconsideration of Denial Order Concerning 18 U.S.C. § 3582(c)(2) Petition (Doc 268 - filed March 6, 2012), it is

ORDERED that the Petition is DENIED.

                      BY THE COURT:

                         s/Lewis T. Babcock
                         Lewis T. Babcock, Judge

Dated: March 7, 2012